IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHANDRA L. BUFFINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-2566-CM |
| ) | |
| THE UNIVERSITY OF KANSAS ) | |
| HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Plaintiff filed this case on October 11, 2011, and paid the filing fee on January 19, 2012.  But nothing more has been done in the case since that time.  Plaintiff is directed to request the issuance of summons from the Clerk of Court's Office.[1]  If service of summons is not effectuated by **March 11, 2013**, plaintiff will be directed to show cause why the case should not be dismissed for lack of prosecution.

Copies of this order shall be served on the pro se plaintiff by regular and certified mail.

IT IS SO ORDERED.

Dated February 11, 2013, at Kansas City, Kansas.

---

[1] Information about the preparation and service of summons can be found in the document entitled "Filing Your Lawsuit in Federal Court: A Pro Se Guide," located in the clerk's office or on the court's website at:
 http://www.ksd.uscourts.gov/filing-your-lawsuit-in-federal-court-a-pro-se-guide-2/.

O:\ORDERS\11-2566-CM-service.wpd

s/ James P. O'Hara
James P. O'Hara
U. S. Magistrate Judge